# Court of Appeals
# of the State of Georgia

ATLANTA, July 05, 2018

*The Court of Appeals hereby passes the following order:*

**A18D0504. KIM FLORENCE v. LUXURY NAILS et al.**

Kim Florence, the plaintiff in this civil action with two defendants, has filed an application for discretionary review of the magistrate court's order granting the motion to dismiss filed by one defendant and its order denying Florence's motion for default judgment against the other defendant. We lack jurisdiction.

Generally, "[t]he only avenue of appeal available from [a] magistrate court judgment is provided by OCGA § 15-10-41 (b) (1), which allows for a de novo appeal to the state or superior court." *Handler v. Hulsey*, 199 Ga. App. 751, 751 (406 SE2d 225) (1991). This Court may only address magistrate court matters that already have been reviewed by the state or superior court. See *Westwind Corp. v. Washington Fed. S & L Assn.*, 195 Ga. App. 411 (1) (393 SE2d 479) (1990); see also OCGA § 5-6-35 (a) (1), (a) (11). Here, the only orders in the application materials were issued by the magistrate court and have not been reviewed by a state or superior court. Accordingly, this application is hereby DISMISSED.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta, 07/05/2018
I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.
Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____, Clerk.